UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America, et al.,
ex rel Ven-A-Care of the
Florida Keys, Inc. and
John M. Lockwood, M.D.

    v.                                        Civil No. 10-cv-480-JD

Astrazeneca LP, et al.


SEALED ORDER

    Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A.  She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts.  Therefore, the Clerk shall assign this case to another judge.

    SO ORDERED.

                                                                   Joseph A. DiClerico, Jr.
                                                                   United States District Judge

September 28, 2011

cc:  C. Jarrett Anderson, Esquire
     James J. Breen, Esquire
     John J. Farley, Esquire
     Steven E. Grill, Esquire