**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| <u>ex rel</u>  **VEN-A-CARE OF THE** | ) | |
| **FLORIDA KEYS, INC. And** | ) | |
| **JOHN M. LOCKWOOD, M.D.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **10-CV-480-SM-10852** |
| | ) | |
| | ) | |
| **ASTRAZENECA LP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER OF DISMISSAL OF ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE AS TO THE RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES AND THE STATES</u>

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act and the California False Claims Act, Relator Ven-A-Care of the Florida Keys, Inc. and its officer and director John M. Lockwood, M.D. (collectively the "Relator") and AstraZeneca LP, AstraZeneca Pharmaceuticals LP, Astra Pharmaceuticals, LP, AstraZeneca USA, Inc., Astra USA, Inc., and AstraZeneca PLC  (collectively "AstraZeneca" or "Defendants") (Defendants together with Relator, collectively the "Parties") filed with this Court, a Stipulation of Dismissal and Motion for Order of Dismissal as to all Defendants and an Agreement to Dismissal and Release.   The United States and the State of California have each filed their written consents to the Relator's dismissal of the action for the reasons specified by the Parties in their Stipulation and the Court further finds that those reasons provide a sufficient basis for the dismissal.

WHEREFORE, IT IS ORDERED, that

1.      The Court approves the Parties' Agreement to Dismissal and Release and Stipulation of Dismissal of Action against All Defendants and grants the Motion for Order of Dismissal and, in accordance with, and as limited by, the Stipulation and the Agreement to Dismissal and Release and Stipulation of Dismissal of Action, the above-captioned Civil Action is dismissed as to all Defendants with prejudice to the Relator and without prejudice to the United States and to any State.

2.      Each party shall be responsible for its own expenses, attorneys' fees, and costs.

3.      The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Agreement to Dismissal and Release and Stipulation of Dismissal of Action against All Defendants to the extent reasonably necessary and appropriate.


IT IS SO ORDERED this  5   day of  March , 2013.

THE HONORABLE STEVEN J. McAULIFFE
UNITED STATES DISTRICT COURT JUDGE


cc:
C. Jarrett Anderson, Esq.
James J. Breen, Esq.
Steven E. Grill, Esq.
Geoffrey E. Hobart, Esq.
John J. Farley, AUSA

2